# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MTGLQ INVESTORS, L.P., | ) |
| Plaintiff, | ) Civil Action No. |
|  | ) 19-11601-FDS |
| v. | ) |
| TYRONE MOWATT, and | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

## ORDER TO TRANSFER FUNDS

**SAYLOR, C.J.**

This is an interpleader action. Plaintiff MTGLQ Investors, L.P. is the mortgagee to a residence in Haverhill, Massachusetts, which it sold at foreclosure auction. After MTGLQ deducted the amount owed to it under the terms of the mortgage, a surplus of $60,118.58 remained. MTGLQ filed this action to determine to whom those surplus funds are due.

On January 9, 2020, this Court granted the motion of the United States for summary judgment that the entirety of the surplus funds should be paid to the United States. The United States has requested that MTGLQ transfer the funds, and MTGLQ has agreed to do so upon receipt of a written order by this Court.

Accordingly, plaintiff MTGLQ Investors, L.P. is hereby ORDERED to immediately transfer the $60,118.58 in surplus funds from the foreclosure sale, along with any accrued interest, to the United States.

**So Ordered.**

                                                  /s/ F. Dennis Saylor IV
                                                  F. Dennis Saylor IV
Dated: January 9, 2020                       Chief Judge, United States District Court